UNITED STATES of America, Plaintiff–Appellee

v.

Luis E. CANTO–CEBALLOS, Defendant–Appellant.

No. 05–41434

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 25, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Fernando A. Sanchez, Jr., Law Offices of Fernando A. Sanchez, Laredo, TX, for Defendant–Appellant.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Luis E. Canto–Ceballos has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Canto–Ceballos has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

UNITED STATES of America, Plaintiff–Appellee

v.

Antonio JONES, Defendant–Appellant.

No. 05–41210

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 25, 2007.

David Haskell Henderson, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Beaumont, TX, for Plaintiff–Appellee.

Frank Warren Henderson, Assistant Federal Public Defender, U.S. Attorney's Office, Eastern District of Texas, Beaumont, TX, for Defendant–Appellant.

published and is not precedent except under

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Antonio Jones has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Jones has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Roque RAMIREZ ANCHONDO,**
**Defendant–Appellant.**

**No. 06–50885**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 25, 2007.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.